# RECORD OF MAGISTRATE'S PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # |
| vs | DATE OF COMPLAINT |
| JOSEPH E GUMP | CRIMINAL DOCKET NUMBER: CR 11-49 |
| | DATE OF INDICTMENT: 2/22/2011 |
| | STATUTE: 26 7201 |

**DATE ARRESTED** 4/5/2011

## INITIAL APPEARANCE

Before Magistrate:
- [ ] LENIHAN
- [ ] MITCHELL
- [X] SWEARINGEN
- [ ] BISSOON
- [ ] BAXTER
- [ ] PESTO

Date: 4/5/2011
Time: 10:30 AM
CD #:
CD Index: 10:33 – 10:37, 11:15 – 11:20

U S ATTORNEY: LEO M DILLON, ESQUIRE

MICHAEL NOVARA, ESQ. FOR DEFENDANT

**1 RIGHTS EXPLAINED**

**2 INDICTMENT**
- [ ] Read
- [X] Summarized
- [ ] Reading waived
- [X] Defendant provided with a copy of the charges
- [ ] Defendant to be provided with a copy of the charges as soon as possible

**3 ACT & PENALTIES**
- [X] Read
- [ ] Summarized
- [ ] Reading waived

**4 COUNSEL**
- [✓] Defendant requested appointment
- [ ] Defendant waived appointment
- [ ] Defendant represented by
- [ ] Defendant expects to retain
- [✓] Affidavit executed
- [ ] Not Qualified
- [✓] Qualified
- [ ] with possible requirement for partial or full payment
- [✓] Federal Public Defender appointed
- [ ] CJA Panel Attorney _____ appointed

**5 BAIL**
- Recommended Bond:
- Bond Set at:
- [ ] By Consent
- [ ] By Magistrate
- [ ] Bond Posted
- [ ] Temporary Commitment issued
- [ ] Additional Conditions Imposed
- [ ] Final Commitment issued
- Bond Review Hearing Set For:
- Detention Hearing Set For: 4/6/11 AT 2:00 PM

**6 PRELIMINARY EXAMINATION/RULE 40 HEARING/(ARRAIGNMENT)**

Preliminary Exam/Rule 40/Arraignment set for: 4/6/11 AT 2:00 PM  Before Magistrate: SWESON, NSEV

**ADDITIONAL COMMENTS**